THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Michael Anthony Allen, Appellant.
 
 
 
 

Appeal From Aiken County
 R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No.  2011-UP-315
 Submitted June 1, 2011  Filed June 21,
2011  

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor J. Strom Thurmond, of Aiken, for
 Respondent.
 
 
 

PER CURIAM:  Michael Anthony Allen appeals his convictions for armed
 robbery, carjacking, and grand larceny, arguing his guilty plea did not comply
 with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
HUFF, WILLIAMS, and
 THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.